## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re: | : | |
| **LORRAINE SMITH,** | : | **BANKRUPTCY CASE** |
| | : | **NO. 06-30886-DHW** |
| | : | |
| Debtor. | : | |
| **SAXON MORTGAGE SERVICES AS AGENT FOR** | : | **JUDGE: DWIGHT H. WILLIAMS** |
| **NOVASTAR.,** | : | |
| Movant, | : | **CHAPTER 13** |
| **vs.** | : | |
| **LORRAINE SMITH, Debtor, and** | : | |
| **CURTIS C. REDING, Trustee,** | : | |
| | : | |
| Respondents. | : | |

## ORDER CONDITIONALLY DENYING RELIEF

This matter is before the Court on the motion of Saxon Mortgage Services as agent for Novastar. (hereinafter "Creditor") seeking relief from the automatic stay to proceed with applicable non-bankruptcy remedies with regard to the property which legal description is contained in the mortgage attached to the motion. The parties advised the Court that they had reached an agreement with regard to the disposition of this matter. Therefore, BY AGREEMENT OF PARTIES, it is hereby,

ORDERED that the motion for relief from automatic stay of Saxon Mortgage Services as agent for Novastar, its successors and assigns is CONDITIONALLY DENIED. The post-petition arrearage, which has accumulated in this case through March 5, 2008, consists of $ 709.88, plus attorney's fees of $650.00 and filing fees in the amount of $150.00, which totals $1,509.88. The arrearage shall be placed inside the Chapter 13 plan and paid through the office of the Trustee. Creditor shall file a claim accordingly. The claim shall have a fixed payment amount of $51.00. Debtor's payment to the Trustee shall increase to $364.00 per BI-WEEK. Debtor will resume

direct payments beginning April 1, 2008, and each month thereafter, payment shall be made on the date it is due under the terms of the note and mortgage. If at any time the Debtor shall default on any direct payments, then Creditor shall notify Debtor and Debtor's Attorney in writing. If said default continues for twenty (20) days, then the automatic stay shall lift and Creditor, its successors and assigns, are authorized to pursue applicable non-bankruptcy remedies including the negotiation of and entry into a loan forbearance plan with Debtor(s) with regard to the Property without further Order of the Court.

The provisions of this Order shall continue to remain in force and effect upon the conversion of this case from Chapter 13 to a case under any other Chapter of the Bankruptcy Code.

Dated this the 3rd day of April, 2008.

/s/ Dwight H. Williams, Jr.
**THE HONORABLE DWIGHT H. WILLIAMS**
**UNITED STATES BANKRUPTCY JUDGE**

This order prepared by:

DANIEL L. FEINSTEIN
Attorney for Movant
Morris, Schneider, Prior, Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA  30329
(770) 234-9181, ext. 1276

This order consented to by:

VONDA S. MCLEOD, Esq.
Attorney for the Debtor
566 S. Perry St.
Montgomery, AL  36101
(334) 269-4440

MSP 604.0800168AL / alrepay

**DISTRIBUTION LIST**

Lorraine Smith
3055 Barksdale Street
Montgomery, AL  36110

Vonda S. McLeod
566 S. Perry St.
Montgomery, AL  36101

Curtis C. Reding
P. O. Box 173
Montgomery, AL  36101-0173

Alex Lewke
Saxon Mortgage Services, Inc
4708 Mercantile Drive
Fort Worth, TX  76137

Daniel L. Feinstein
Morris, Schneider, Prior, Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA  30329

**MSP 604.0800168AL / alrepay**